**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN**

CITIZENS INSURANCE COMPANY
OF THE MIDWEST,

              Case No. 2:22-cv-10930-DPH-DRG

    Plaintiff,       Hon. Denise Page Hood

v.              Magistrate Judge David R. Grand

EXCELLERATED TOWING &
RECOVERY, L.L.C.,

    Defendant.

---

Robert Hugh Ellis (P72320)
Mark J. Makoski (P81243)
**DYKEMA GOSSETT PLLC**
*Attorneys for Plaintiff*
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0718
rellis@dykema.com
mmakoski@dykema.com

---

**INDEX OF EXHIBITS**

Exhibit A  Declaration of Mark S. Wharton