UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Citizens Insurance Company of the Midwest

        Plaintiff(s),

Case No. 22-cv-10930

v.

Honorable Denise Page Hood

Excellerated Towing & Recovery, L.L.C.

        Defendant(s).
_____/

### CLERK'S ENTRY OF JUDGMENT BY DEFAULT

    The Clerk's entry of default having been entered against Defendant Excellerated Towing & Recovery LL, and an affidavit having been filed;

    THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Excellerated Towing & Recovery LL, in the amount of $ 91,185.00 plus interest.

                      KINIKIA D. ESSIX, CLERK OF COURT
                      United States District Court

                      By: s/ S. Krause
                          Deputy Clerk

Dated: February 24, 2023